CO-386-online
10/03

# United States District Court
# For the District of Columbia

Citizens for Responsibility and Ethics in Washington )
)
)
)
vs           Plaintiff )       Civil Action No._____
)
U.S. Department of Justice )
)
)
Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for _Citizens for Responsibility and Ethics in Washington_ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of _Citizens for Responsibility and Ethics in Washington_ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
_____
Signature

360418
_____
BAR IDENTIFICATION NO.

David L. Sobel
_____
Print Name

1818 N Street, N.W., Suite 410
_____
Address

Washington       DC       20036
_____
City       State       Zip Code

(202) 246-6180
_____
Phone Number