UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Case No. 11-592 (RJL)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MEMORANDUM OPINION
[Dkt. #9, #12]

For the reasons set forth in the Memorandum Opinion entered this ___ day of June 2012, it is hereby

**ORDERED** that defendant's Motion for Summary Judgment [Dkt. #9] is **GRANTED**; and it is further

**ORDERED** that plaintiff's Cross-Motion for Partial Summary Judgment [Dkt. #12] is **DENIED**; and it is further

**ORDERED** that final judgment be entered for the defendant on all counts in the Complaint.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge