IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY<br>AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:11-cv-00592-RJL<br>)<br>)<br>)<br>)<br>) |

STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a) Plaintiff, Citizens for Responsibility and Ethics in Washington ("Plaintiff") and Defendant U.S. Department of Justice ("Defendant"), hereby stipulate and agree to dismissal of this action with prejudice.

Dated:  August 8, 2018

DAVID L. SOBEL
5335 Wisconsin Ave., NW Suite 640
Washington, DC 20015
(202) 246-6180


   */s/* Anne L. Weismann
ANNE L. WEISMANN
Citizens for Responsibility
and Ethics in Washington
455 Massachusetts Ave., NW
Washington, D.C. 20001
(202) 408-5565

*Counsel for Plaintiff*

Respectfully Submitted,

CHAD A. READLER
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
U.S. Department of Justice
Civil Division, Federal Programs Branch

   */s/* Karen S. Bloom
KAREN S. BLOOM (DC # 499425)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
(202) 514-4964
karen.s.bloom@usdoj.gov

*Counsel for Defendant*